UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>GABRIEL MUTAMBO KALEMBO,<br><br>　　　　　　　　　　Defendant. | CASE NO. 2:24-cr-00018-LK<br><br>ORDER GRANTING MOTION<br>FOR INTERNATIONAL TRAVEL |

　　　　This matter comes before the Court on Defendant Gabriel Mutambo Kalembo's Second Unopposed Motion to Allow for International Travel. Dkt. No. 10. Mr. Kalembo seeks permission to travel from this District to Switzerland from January 17, 2025, through January 20, 2025 for a scouting trip for the soccer team he coaches. *Id.* at 1–2. He also requests permission to travel to Zambia and Morocco in 2025 to help his team prepare for and then compete in the Africa Cup of Nations tournament, scheduled for March 30 to April 19, 2025, in Marrakech, Morocco. *Id.* at 2. He does not yet know the exact dates of the second trip. *Id.* Mr. Kalembo represents that United States Probation supports this request as long as he provides Probation with his flight itinerary and hotel accommodation details, and the Government defers to the Court. *Id.*

ORDER GRANTING MOTION FOR INTERNATIONAL TRAVEL - 1

| | |
|---|---|
| 1 | Having reviewed Mr. Kalembo's motion and the balance of the record, the Court GRANTS the motion to travel. Dkt. No. 10. Mr. Kalembo is allowed to travel to Switzerland from January 17 through January 20, 2025. Mr. Kalembo is also allowed to travel to Zambia and Morocco later in 2025 to prepare for and then compete in the Africa Cup of Nations tournament; provided, however, that he must provide the dates of travel to Probation and the Government when he knows such dates. It is further ordered that Mr. Kalembo must provide United States Probation with his flight itinerary and hotel accommodation details. To the extent either the Government or Probation object to the travel to Zambia or Morocco once they receive the exact dates of travel, they may file an objection on the record and the Court will set a briefing schedule. |

Dated this 7th day of January, 2025.

*Lauren King*

Lauren King
United States District Judge