UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>GABRIEL MUTAMBO KALEMBO,<br><br>                    Defendant. | CASE NO. 2:24-cr-00018-LK<br><br>ORDER GRANTING MOTION FOR INTERNATIONAL TRAVEL |

This matter comes before the Court on Defendant Gabriel Mutambo Kalembo's Third Unopposed Motion to Allow for International Travel. Dkt. No. 15. Mr. Kalembo seeks permission to travel from this District to Switzerland from February 20, 2025, to February 24, 2025 for a scouting trip for the soccer team he coaches. *Id.* at 1. Mr. Kalembo represents that United States Probation supports this request as long as he provides Probation with his flight itinerary and hotel accommodation details, and the Government defers to the Court. *Id.* at 2.

The Court previously granted Mr. Kalembo permission to travel to Switzerland in January 2025 for a scouting trip. Dkt. No. 11. The trip was canceled, and Mr. Kalembo did not travel to

Switzerland in January as originally planned. Dkt. No. 15 at 1. The scouting trip has been rescheduled to February 20–24, 2025. *Id.*

Having reviewed Mr. Kalembo's motion and the balance of the record, the Court GRANTS the motion to travel. Dkt. No. 15. Mr. Kalembo is allowed to travel to Switzerland from February 20 to February 24, 2025. The Court orders that Mr. Kalembo must provide United States Probation with his flight itinerary and hotel accommodation details as soon as he knows them.

Dated this 14th day of February, 2025.

Lauren King
United States District Judge

ORDER GRANTING MOTION FOR INTERNATIONAL TRAVEL - 2