UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>GABRIEL MUTAMBO KALEMBO,<br><br>　　　　　　Defendant. | CASE NO. 2:24-cr-00018-LK<br><br>ORDER GRANTING MOTION<br>FOR INTERNATIONAL TRAVEL |

　　　This matter comes before the Court on Defendant Gabriel Mutambo Kalembo's Fourth Unopposed Motion to Allow for International Travel. Dkt. No. 17. Mr. Kalembo seeks permission to travel from this District to Ivory Coast and Namibia from June 21 to July 12, 2025 to attend a workshop and a tournament related to the Zambian soccer team he coaches. *Id.* at 1. Mr. Kalembo represents that United States Probation supports this request as long as he provides Probation with his flight itinerary and hotel accommodation details, and the Government defers to the Court. *Id.* at 2.

ORDER GRANTING MOTION FOR INTERNATIONAL TRAVEL - 1

      Having reviewed Mr. Kalembo's motion and the balance of the record, the Court GRANTS the motion to travel. Dkt. No. 17. Mr. Kalembo is allowed to travel to Ivory Coast and then to Namibia from June 21 to July 12, 2025. The Court orders that Mr. Kalembo must provide United States Probation with his flight itinerary and hotel accommodation details as soon as he knows them.

      Dated this 16th day of June, 2025.

*[signature: Lauren King]*

Lauren King
United States District Judge