UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL MUTAMBO KALEMBO,<br><br>Defendant. | CASE NO. 2:24-cr-00018-LK<br><br>ORDER GRANTING MOTION<br>FOR INTERNATIONAL TRAVEL |

      This matter comes before the Court on Defendant Gabriel Mutambo Kalembo's Fifth Unopposed Motion to Allow for International Travel. Dkt. No. 19. Mr. Kalembo seeks permission to travel from this District to Zimbabwe and Zambia from September 1, 2025, through September 20, 2025 to serve as the team manager for the Zambian U17 Men's Soccer Team as it "prepares for and competes in the Confederation of African Football (CAF) African Cup of Nations (AFCON) 2026 qualifying match." *Id.* at 1. Mr. Kalembo represents that United States Probation supports this request as long as he provides Probation with his flight itinerary and hotel accommodation details, and the Government has no objection. *Id.* at 2.

ORDER GRANTING MOTION FOR INTERNATIONAL TRAVEL - 1

Having reviewed Mr. Kalembo's motion and the balance of the record, the Court GRANTS the motion to travel in part. Dkt. No. 19. Mr. Kalembo is allowed to travel to Zimbabwe and Zambia from September 2, 2025 through September 20, 2025. Because the Court did not receive Mr. Kalembo's request until September 2, 2025, the request to travel on September 1, 2025 is denied as moot. It is further ordered that Mr. Kalembo must provide United States Probation with his flight itinerary and hotel accommodation details in advance of travel.

Counsel for Mr. Kalembo notified the Court that a miscommunication within counsel's office delayed the filing of this motion. Any future requests for travel should be filed well in advance of travel to give the Court sufficient time to review the request.

Dated this 2nd day of September, 2025.

Lauren King
United States District Judge