UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-00018-LK |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND REPORTING DATE AND ALLOW FOR INTERSTATE TRAVEL |
| v. | |
| GABRIEL MUTAMBO KALEMBO, | |
| Defendant. | |

This matter comes before the Court on Defendant Gabriel Kalembo's motion to extend reporting date and allow for interstate travel. Dkt. No. 46.

On January 13, 2026, the Court sentenced Mr. Kalembo to 15 days in custody for violating the conditions of his supervised release. Dkt. No. 43. Mr. Kalembo was released on an appearance bond, Dkt. No. 44, and the Court ordered him to "surrender for service of sentence . . . as notified by the Probation and Pretrial Services Office," Dkt. No. 43 at 2.

Mr. Kalembo reports that he was "instructed to report to serve his sentence on February 11, 2026" and "asks the Court to extend his reporting date by one week, until February 18, 2026, and to allow him to travel to Virginia for work from February 12, 2026, until February 16, 2026."

ORDER GRANTING MOTION TO EXTEND REPORTING DATE AND ALLOW FOR INTERSTATE TRAVEL - 1

Dkt. No. 46 at 1. "Mr. Kalembo coaches and manages soccer teams that will compete at the Adidas National Cup tournament in Richmond, Virginia," which is scheduled to run from February 13 to 15, 2026, and Mr. Kalembo requests permission to attend so that he "can work and be in the best position possible moving forward[.]" *Id.* The Government and United States Probation "indicate that they will defer to the Court's judgment regarding this motion." *Id.* at 2.

Having reviewed Mr. Kalembo's motion and the balance of the record, the Court GRANTS the motion. Dkt. No. 46. Mr. Kalembo may report to serve his sentence on February 18, 2026,[1] and may travel to Virginia from February 12, 2026 until February 16, 2026 to coach and manage the "soccer teams that will compete at the Adidas National Cup tournament in Richmond, Virginia." Dkt. No. 46 at 1. Mr. Kalembo must provide United States Probation with his flight itinerary and hotel accommodation details in advance of travel.

Dated this 5th day of February, 2026.

Lauren King
United States District Judge

---

[1] Given that United States Probation "indicate[d] that [it] will defer to the Court's judgment regarding this motion," *id.* at 2, the Court presumes that February 18, 2026 is a workable date for Mr. Kalembo "to surrender for service of sentence," Dkt. No. 43 at 2. However, this order does not preclude the Probation and Pretrial Services Office from "notif[ying]" Mr. Kalembo to surrender on a different date as necessary. *Id.*

ORDER GRANTING MOTION TO EXTEND REPORTING DATE AND ALLOW FOR INTERSTATE TRAVEL - 2