UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>    v.<br><br>GABRIEL MUTAMBO KALEMBO,<br><br>          Defendant. | CASE NO. 2:24-cr-00018-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO ALLOW INTERNATIONAL TRAVEL |

This matter comes before the Court on Defendant Gabriel Mutambo Kalembo's Unopposed Motion to Allow for International Travel. Dkt. No. 48.

Mr. Kalembo was recently released from the Bureau of Prisons where he served a 15-day sentence for violations of supervised release, Dkt. No. 43. Dkt. No. 48 at 1. According to Mr. Kalembo, "[h]is probation officer reports that Mr. Kalembo has 'been abiding by his conditions and has kept consistent contact' with [his probation officer]" since his release. *Id.*

Mr. Kalembo now requests permission "to travel to Denmark from July 14–26, 2026, for work." *Id.* "Mr. Kalembo works as a soccer coach for RMG Soccer Academy, and the academy has been invited to participate in Dana Cup Hjørring in Denmark in July." *Id.* at 2. Mr. Kalembo

ORDER GRANTING UNOPPOSED MOTION TO ALLOW INTERNATIONAL TRAVEL - 1

requests permission "to travel with the academy to the tournament," noting that he "has built a successful career coaching youth soccer, and travel with his academy is important to his professional standing," and arguing that permitting his travel "furthers 'the primary goal' of a term of supervised release[.]" *Id.* Mr. Kalembo represents that United States Probation does not oppose his request, and the Government defers to Probation and the Court. *Id.*

Having reviewed Mr. Kalembo's motion and the balance of the record, the Court GRANTS the motion to travel. Dkt. No. 48. Mr. Kalembo is allowed to travel to Denmark from July 14 to July 26, 2026, for work; provided, however, that he must provide United States Probation with his flight itinerary and hotel accommodation details as soon as that information is available, and prior to any travel.

Dated this 18th day of May, 2026.

Lauren King
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO ALLOW INTERNATIONAL TRAVEL - 2